IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ALMA MALLOY,<br>aka ALMA GAUSE,<br><br>      Debtor,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br><br>      Movant,<br><br>      v.<br><br>ALMA MALLOY,<br>aka ALMA GAUSE,<br>BEVERLY MALLOY, and<br>FREDERICK L. REIGLE, Ch. 13 Trustee,<br><br>      Respondents | Bankruptcy No. 16-17927-sr<br><br>Chapter 13<br><br>Related to Doc. Nos. 11 and 12 |

CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR STAY, AND NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 26, 2017, I served copies of the Motion for Relief from the Automatic Stay and Co-Debtor Stay (filed at Doc. No. 11) and Notice of Motion, Response Deadline and Hearing Date (filed at Doc. No. 12) upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Alma Malloy                        Beverly Malloy
725 Bennington Road             725 Bennington Road
Folcroft, PA 19032              Folcroft, PA 19032

and:

Georgette Miller, Esq.                    info@georgettemiller.com
Frederick L. Reigle, Ch. 13 Trustee      ecfmail@fredreiglech13.com
Office of the United States Trustee       ustpregion03.ph.ecf@usdoj.gov


Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.


By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8107
Fax: (412) 456-8135

Counsel for Regional Acceptance
Corporation