IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-17927-sr |
|---|---|
| ALMA MALLOY,<br>aka ALMA GAUSE, | Chapter 13 |
| Debtor, | |
| REGIONAL ACCEPTANCE<br>CORPORATION, | |
| Movant, | |
| v. | |
| ALMA MALLOY,<br>aka ALMA GAUSE,<br>BEVERLY MALLOY, and<br>FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 23rd day of February, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2012 Toyota Camry Sedan 4D LE 2.5L I4, VIN 4T1BF1FK8CU006417.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Beverly Malloy, any amounts that remain due and owing pursuant to the underlying Retail Installment Sale Contract subsequent to the sale of the collateral.

Debtor and Co-Debtor shall disclose the location of the Vehicle and cooperate with it's surrender.

The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Stephen Raslavich
United States Bankruptcy Court Chief Judge