United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17927-sr
Alma Malloy                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1             Date Rcvd: Mar 01, 2017
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
db         +Alma Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
aty        +IRIS KWON,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,    Bankruptcy Dept,
             Boca Raton, FL 33487-2853
cr         +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 02 2017 02:12:19     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 02:11:49
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2017 02:12:17     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 02:20:51     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13822352       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 02 2017 02:20:53     Regional Acceptance Co,
              621 W Newport Pike,    Wilmington, DE 19804-3235
13828119        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 02 2017 02:20:53     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE MILLER    on behalf of Debtor Alma  Malloy info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
              rlaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
              rive.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-17927-sr |
| --- | --- |
| ALMA MALLOY,<br>aka ALMA GAUSE,<br><br>Debtor,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br><br>Movant,<br><br>v.<br><br>ALMA MALLOY,<br>aka ALMA GAUSE,<br>BEVERLY MALLOY, and<br>FREDERICK L. REIGLE, Ch. 13 Trustee,<br><br>Respondents | Chapter 13 |

## ORDER OF COURT

AND NOW, this 23rd day of February, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2012 Toyota Camry Sedan 4D LE 2.5L I4, VIN 4T1BF1FK8CU006417.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Beverly Malloy, any amounts that remain due and owing pursuant to the underlying Retail Installment Sale Contract subsequent to the sale of the collateral.

    Debtor and Co-Debtor shall disclose the location of the Vehicle and cooperate with it's surrender.

    The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Stephen Raslavich
United States Bankruptcy Court Chief Judge