IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALMA MALLOY | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 16-17927 SR |
| | : | |

**Praecipe to Withdraw**

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT:**

    Kindly withdraw Debtor's Amended Motion filed on September 12, 2017, Docket Entry No. 37

                        Respectfully Submitted,

                        /s/ Michelle Lee_____
                        Michelle Lee, Esquire
                        Law Offices of Georgette Miller Esq., P.C
                        119 S. Easton Road
                        Glenside, PA 19038

Dated: 9/12/17