IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALMA MALLOY | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 16-17927 SR |
| | : | |
| v. | : | |
| | : | |
| Toyota Motor Credit Corporation | | |

## ORDER

And Now this ___9/13___, 2017, upon consideration of Debtor Alma Malloy's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtors' Motion is granted, and that the allowed secured claim of Toyota Motor Credit Corporation is $5,500. The remaining balance shall be treated as unsecured.

_____
Honorable Stephen Raslavich