United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17927-sr
Alma Malloy                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John                Page 1 of 1              Date Rcvd: Sep 18, 2017
                             Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db         +Alma Malloy,   725 Bennington Road,    Folcroft, PA 19032-1714
aty        +IRIS KWON,   Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,    Bankruptcy Dept,
             Boca Raton, FL 33487-2853
cr         +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
13822354  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
             Cedar Rapids, IA 52408)
13830932   +Toyota Motor Credit Corporation,   PO Box 9013,    Addison, Texas 75001-9013
13853475   +Toyota Motor Credit Corporation,   c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 19 2017 02:30:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:30:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2017 02:30:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2017 02:39:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE  MILLER    on behalf of Debtor Alma  Malloy info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALMA MALLOY | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 16-17927 SR |
| | : | |
| v. | : | |
| | : | |
| Toyota Motor Credit Corporation | | |

### ORDER

And Now this ___9/13___, 2017, upon consideration of Debtor Alma Malloy's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtors' Motion is granted, and that the allowed secured claim of Toyota Motor Credit Corporation is $5,500. The remaining balance shall be treated as unsecured.

_____
Honorable Stephen Raslavich