# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alma Malloy aka Alma Gause<br>　　　　　　　Debtors<br><br>Toyota Motor Credit Corporation, its successors and/or assigns<br>　　　　　　　Movant<br>　　　vs.<br><br>Alma Malloy aka Alma Gause<br>　　　　　　　Debtors<br><br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 16-17927 SR<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

　　Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about January 20, 2017..

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

September 27, 2017