## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Alma Malloy | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR(S) | : | CASE NO. 16-17927 |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on May 2, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  May 22, 2018                                        /s/ Georgette Miller
                                                            Georgette Miller

                                                            Law Offices of Georgette Miller Esq., P.C
                                                            335 Evesham Avenue
                                                            Lawnside, NJ 08045
                                                            856-323-1100
                                                            Bar I.D. 86358
                                                            Attorney for Debtor