**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alma Malloy                                CHAPTER 13

DEBTOR(S)                                         BANKRUPTCY NO. 16-17927

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,935.00 and reimbursement of expenses is allowed in the amount of $1,315.00 in expenses.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $250.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: May 22, 2018**                    Bankruptcy Judge  _(signed)_

Dated:  May 2, 2018

cc:    Frederick L. Reigle
       2901 St. Lawrence Avenue
       Suite 100
       P.O. Box 4010
       Reading, PA 19606

       Georgette Miller, Esq.
       335 Evesham Avenue
       Lawnside, NJ 08045
       856-323-1100

       Alma Malloy
       725 Bennington Road
       Folcroft, PA 19032