United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alma Malloy  
    Debtor

Case No. 16-17927-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Jennifer　　　Page 1 of 1　　　Date Rcvd: May 22, 2018  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
db　　　　　+Alma Malloy,　725 Bennington Road,　Folcroft, PA 19032-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:

　　　DENISE ELIZABETH CARLON　　on behalf of Creditor　Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
　　　FREDERICK L. REIGLE　　ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　FREDERICK L. REIGLE　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　GEORGETTE MILLER　　on behalf of Debtor Alma Malloy info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com  
　　　KEVIN M. BUTTERY　　on behalf of Creditor　REVERSE MORTGAGE SOLUTIONS, INC. bkyefile@rasflaw.com  
　　　PETER J. ASHCROFT　　on behalf of Creditor　Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
　　　POLLY A. LANGDON　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　REBECCA ANN SOLARZ　　on behalf of Creditor　Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
　　　THOMAS I. PULEO　　on behalf of Creditor　Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alma Malloy | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO. 16-17927 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,935.00 and reimbursement of expenses is allowed in the amount of $1,315.00 in expenses.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $250.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: May 22, 2018**                              _____
                                                                    Bankruptcy Judge    *[signature]*

Dated:  May 2, 2018

cc:     Frederick L. Reigle
        2901 St. Lawrence Avenue
        Suite 100
        P.O. Box 4010
        Reading, PA 19606

        Georgette Miller, Esq.
        335 Evesham Avenue
        Lawnside, NJ 08045
        856-323-1100

        Alma Malloy
        725 Bennington Road
        Folcroft, PA 19032