# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Alma Malloy aka Alma Gause<br>　　　　Debtor<br><br>Reverse Mortgage Solutions, Inc.<br>　　　　Movant<br>v.<br>Alma Malloy aka Alma Gause<br>　　　　Debtor/Respondent<br><br>Scott Waterman, Esquire<br>　　　　Trustee/Respondent | Bankruptcy No. 16-17927-jkf<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this         day of          , 2019, upon consideration of Reverse Mortgage Solutions, Inc.'s, Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), and the subsequently filed Certification of Default, it is hereby;

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Reverse Mortgage Solutions, Inc., and it is further;

ORDERED, that Reverse Mortgage Solutions, Inc.,  its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 725 Bennington Avenue, Folcroft, PA 19032, including without limitation a sheriff's sale of the property.

**BY THE COURT:**

_____
**JEAN K. FITZSIMON, U.S. B. J.**