```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 16-17927-jkf
Alma Malloy                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Mar 29, 2019
                             Form ID: pdf900         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Alma Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
aty            +IRIS KWON,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,    Bankruptcy Dept,
                 Boca Raton, FL 33487-2853
intp           +Crystal Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
13825682       +REVERSE MORTGAGE SOLUTIONS, INC.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
14115057        REVERSE MORTGAGE SOLUTIONS, INC.,    c/o KEVIN W. LYNCH,    1240 N. Myrtlewood St.,
                 Philadelphia, PA 19121-4515
13822353       +RMS,   5010 Linbar dr, suite 100,    Nashville, TN 37211-5064
13903997       +Reverse Mortgage Solutions, Inc.,    14405 Walters Rd., Suite 200,    Houston, TX 77014-1345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 30 2019 02:38:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2019 02:37:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2019 02:38:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 02:40:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE MILLER    on behalf of Debtor Alma  Malloy info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kwlynch@comcast.net
              LAUREN BERSCHLER KARL    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC.
               lkarl@rascrane.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN   ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: pdf900         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Alma Malloy aka Alma Gause<br>　　　Debtor<br><br>Reverse Mortgage Solutions, Inc.<br>　　　Movant<br>v.<br>Alma Malloy aka Alma Gause<br>　　　Debtor/Respondent<br><br>Scott Waterman, Esquire<br>　　　Trustee/Respondent | Bankruptcy No. 16-17927-jkf<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 29th day of March, 2019, upon consideration of Reverse Mortgage Solutions, Inc.'s, Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), and the subsequently filed Certification of Default, it is hereby;

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally~~ terminated with respect to Reverse Mortgage Solutions, Inc., and it is further;

ORDERED, that Reverse Mortgage Solutions, Inc., its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 725 Bennington Avenue, Folcroft, PA 19032, including without limitation a sheriff's sale of the property.

BY THE COURT:

_____
**JEAN K. FITZSIMON, U.S. B. J.**