United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17927-jkf
Alma Malloy                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 2              Date Rcvd: May 31, 2019
                              Form ID: pdf900           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db          +Alma Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
aty         +IRIS KWON,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,    Bankruptcy Dept,
              Boca Raton, FL 33487-2853
intp        +Crystal Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
13822334    +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13822335    +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
13822336    +Crozer Keystone,    Delaware Co. Memorial,    Patient Billing,    PO Box 8500-7585,
              Philadelphia, PA 19178-0001
13822338    +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13822341    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13822344    +HAN Emergency Physicians,    P.O. Box 8500-13973,    Philadelphia, PA 19178-0001
13822343    +Han Emergency Physicians,    po box 23419,    Jacksonville, FL 32241-4419
13822345    +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
13822347     Mercy Fitzgerald Hospital,    PO BOX 822967,    Philadelphia, PA 19182-2967
13831049    +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13825682    +REVERSE MORTGAGE SOLUTIONS, INC.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
              6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
14115057     REVERSE MORTGAGE SOLUTIONS, INC.,    c/o KEVIN W. LYNCH,    1240 N. Myrtlewood St.,
              Philadelphia, PA 19121-4515
13822353    +RMS,   5010 Linbar dr, suite 100,    Nashville, TN 37211-5064
13903997    +Reverse Mortgage Solutions, Inc.,    14405 Walters Rd., Suite 200,    Houston, TX 77014-1345
13822354   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
13830932    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13853475    +Toyota Motor Credit Corporation,    c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13822332    +cigna health spring,    po box 20012,    Nashville, TN 37202-0012
13822342    +foot & ankle physicians,    po box 742,    Media, PA 19063-0742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:26:52     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:58
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:34:55     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13828334     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2019 04:35:32
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK 73124-8848
13899905     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2019 04:35:32
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK 73124-8838
13822331    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 04:35:19     Capital One,
              Po Box 30285,    Salt Lake City, UT 84130-0285
13822333    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2019 04:25:37     Comenity Bank/Lane Bryant,
              Po Box 182125,    Columbus, OH 43218-2125
13822337    +E-mail/Text: bankruptcynotices@dcicollect.com Jun 01 2019 04:27:11     Diversified Consultant,
              Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
13822339    +E-mail/Text: bknotice@ercbpo.com Jun 01 2019 04:26:24     ERC,   PO BOX 23870,
              Jacksonville, FL 32241-3870
13822340    +E-mail/Text: bknotice@ercbpo.com Jun 01 2019 04:26:24     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13822346     E-mail/Text: cio.bncmail@irs.gov Jun 01 2019 04:25:31     IRS,    PO BOX 7346,
              Philadelphia, PA 19101-7346
13899759    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2019 04:26:16     MIDLAND FUNDING LLC,
              PO BOX 2011,    WARREN, MI 48090-2011
13822348    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2019 04:26:16     Midland Funding,
              2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13822349    +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 04:27:35     Midnight Velvet,
              Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13822351     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:45:52
              Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13880865     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:34:35
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13872952    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:35:20
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

```
District/off: 0313-2           User: John                  Page 2 of 2                  Date Rcvd: May 31, 2019
                               Form ID: pdf900             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13920929       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2019 04:35:25
                 PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13868979       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 01 2019 04:26:31      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13822352       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 01 2019 04:34:57      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
13828119        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 01 2019 04:34:57      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13822355       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 01 2019 04:25:16
                 Verizon,   500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13822350       +E-mail/Text: bankruptcy@sccompanies.com Jun 01 2019 04:27:35      montgomery ward,
                 3650 milwaukee st,    Madison, WI 53714-2304
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +REVERSE MORTGAGE SOLUTIONS, INC.,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
13822330       ##+Beverly Malloy,   725 Bennington Road,   Folcroft, PA 19032-1714
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE MILLER    on behalf of Debtor Alma  Malloy info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kwlynch@comcast.net
              LAUREN BERSCHLER KARL    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC.
               lkarl@rascrane.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **Alma Malloy,** | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Case No. 16-17927  (JKF) |

## ORDER REQUIRING DEBTOR TO FILE A MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

This 30th day of May, 2019, upon consideration of the Debtor's praecipe for a voluntary dismissal of his/her Chapter 13 bankruptcy case (doc no. 88, the "Praecipe");

**AND** a debtor's request for a voluntary dismissal of a Chapter 13 bankruptcy case being governed by 11 U.S.C. § 1307(b);

**AND** Federal Rules of Bankruptcy Procedure 1017(f)(2) and 9013 as well as Local Bankruptcy Rules 1017-2(a) and 9014-2 being applicable to requests made pursuant to § 1307(b);

**AND** the aforementioned procedural rules requiring a debtor seeking a dismissal under § 1307(b) to: (1) file a motion requesting such relief; and (2) serve the motion on the "trustee and the United States Trustee," see Local Bankruptcy Rule 1017-2(a);

**AND** the Praecipe not satisfying the procedural requirements for requesting a voluntary dismissal under § 1307(b);

It is hereby **ORDERED** that the Praecipe is **DENIED.** In the event Debtor seeks a voluntary dismissal pursuant to § 1307(b), she must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for requesting such relief.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

2