United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 16-17927-jkf
Alma Malloy                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith          Page 1 of 2           Date Rcvd: Jan 08, 2020
                          Form ID: pdf900      Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
```
db            +Alma Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
aty           +IRIS KWON,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,    Bankruptcy Dept,
                Boca Raton, FL 33487-2853
intp          +Crystal Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
13822335      +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
13822336      +Crozer Keystone,    Delaware Co. Memorial,    Patient Billing,    PO Box 8500-7585,
                Philadelphia, PA 19178-0001
13822338      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13822341      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13822344      +HAN Emergency Physicians,    P.O. Box 8500-13973,    Philadelphia, PA 19178-0001
13822343      +Han Emergency Physicians,    po box 23419,    Jacksonville, FL 32241-4419
13822345      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
13822347       Mercy Fitzgerald Hospital,    PO BOX 822967,    Philadelphia, PA 19182-2967
13825682      +REVERSE MORTGAGE SOLUTIONS, INC.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
14115057       REVERSE MORTGAGE SOLUTIONS, INC.,    c/o KEVIN W. LYNCH,    1240 N. Myrtlewood St.,
                Philadelphia, PA 19121-4515
13822353      +RMS,    5010 Linbar dr, suite 100,    Nashville, TN 37211-5064
13903997      +Reverse Mortgage Solutions, Inc.,    14405 Walters Rd., Suite 200,    Houston, TX 77014-1345
13822354     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,      Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
13830932      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13853475      +Toyota Motor Credit Corporation,    c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13822332      +cigna health spring,    po box 20012,    Nashville, TN 37202-0012
13822342      +foot & ankle physicians,    po box 742,    Media, PA 19063-0742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:15:03      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:46      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13828334       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2020 03:15:21
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13899905       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2020 03:15:20
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13822331      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2020 03:15:47      Capital One,
                Po Box 30285,    Salt Lake City, UT 84130-0285
13822333      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 09 2020 03:14:20      Comenity Bank/Lane Bryant,
                Po Box 182125,    Columbus, OH 43218-2125
13822334      +E-mail/Text: convergent@ebn.phinsolutions.com Jan 09 2020 03:14:44
                Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13822337      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 09 2020 03:15:04      Diversified Consultant,
                Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
13822339      +E-mail/Text: bknotice@ercbpo.com Jan 09 2020 03:14:39      ERC,    PO BOX 23870,
                Jacksonville, FL 32241-3870
13822340      +E-mail/Text: bknotice@ercbpo.com Jan 09 2020 03:14:39      ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13822346       E-mail/Text: cio.bncmail@irs.gov Jan 09 2020 03:14:17      IRS,    PO BOX 7346,
                Philadelphia, PA 19101-7346
13899759      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2020 03:14:36      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
13822348      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2020 03:14:36      Midland Funding,
                2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13822349      +E-mail/Text: bankruptcy@sccompanies.com Jan 09 2020 03:15:10      Midnight Velvet,
                Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13822351       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:49
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13880865       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:29:10
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13872952      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:19
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13920929      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:35
                PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0313-2          User: Keith              Page 2 of 2              Date Rcvd: Jan 08, 2020
                              Form ID: pdf900          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13831049       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:51
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13868979       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 03:14:43          Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13822352       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:15:19          Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
13828119        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:15:19          Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13822355       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 09 2020 03:14:11
                 Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13822350       +E-mail/Text: bankruptcy@sccompanies.com Jan 09 2020 03:15:10          montgomery ward,
                 3650 milwaukee st,    Madison, WI 53714-2304
                                                                                               TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
13822330       ##+Beverly Malloy,    725 Bennington Road,    Folcroft, PA 19032-1714
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGETTE MILLER    on behalf of Debtor Alma  Malloy info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kwlynch@comcast.net
              LAUREN BERSCHLER KARL    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC.
               lkarl@rascrane.com, lbkarl03@yahoo.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ALMA MALLOY<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 16-17927-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 8, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE